Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Jose Madriz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MADRIZ,<br><br>             Plaintiff,<br><br>   vs.<br><br>LEE'S DRAGON HOUSE, INC., a California corporation; and DOES 1-10,<br><br>             Defendants. | Case No.: 5:22-cv-00454-JWH-SP<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

Plaintiff JOSE MADRIZ hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: June 27, 2022                    VALENTI LAW APC

                                        By:  */s/ Matt Valenti*
                                             Matt Valenti, Esq.
                                             Attorney for Plaintiff