Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Jose Madriz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MADRIZ,<br><br>           Plaintiff,<br><br>   vs.<br><br>LEE'S DRAGON HOUSE, INC., a California corporation; and DOES 1-10,<br><br>           Defendants. | Case No.: 5:22-cv-00454-JWH-SP<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

|   |   |
|---|---|
| 1 | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Jose Madriz voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  July 14, 2022                    VALENTI LAW APC

                              By:  */s/ Matt Valenti*
                                   Matt Valenti, Esq.
                                   Attorney for Plaintiff